UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CHRIS DENNIS PILCH,<br><br>Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>Defendant. | NO. C14-94-RSM<br><br><br><br>ORDER |

The Court, having reviewed the Report and Recommendation of the Honorable James P. Donohue, the governing law, and the balance of the record, hereby ORDERS as follows:

(1) The Court adopts the Report and Recommendation.

(2) Plaintiff's motion for attorney fees and costs (Dkt. 25) is GRANTED and plaintiff is awarded fees in the amount of $7,809.00 pursuant to the Equal Access to Justice Act. Subject to any offset allowed under the Treasury Offset Program, payment of the award shall be made by check to plaintiff's counsel.

/ /

/ /

/ /

/ /

ORDER - 1

1     (3)      The Clerk is directed to send copies of this Order to plaintiff and to the Honorable James P. Donohue.

DATED this 5 day of October 2015.

```
                                    RICARDO S. MARTINEZ
                                    UNITED STATES DISTRICT JUDGE
```

ORDER - 2